MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| -v.- | : |
| ANY AND ALL FUNDS UP TO AND INCLUDING THE SUM OF $12 MILLION CONTAINED IN RATHBONES INVESTMENT MANAGEMENT PORTFOLIO 702461, CONTAINING ACCOUNTS 5870246110, 5870246120, 5870246121, AND 5870246180; and | : |
| A 7TH CENTURY BRONZE STATUE DEPICTING THE FOUR-ARMED GODDESS DURGA, | : |
| Defendants-*in-rem*. | : |

**JUDGMENT OF FORFEITURE**

23 Civ. 5286 (ALC)

------------------------------------x

WHEREAS, on or about November 8, 2021, the United States commenced an *in-rem* forfeiture action seeking to forfeit the Defendants-*in-rem* pursuant to (i) Title 19, United Stated Code, Section 1595a(c) because there is probable cause to believe that the Defendants-*in-rem* are stolen property introduced into the United States contrary to law; (ii) Title 18, United Stated Code, Section 545 because there is probable cause to believe that the Defendants-*in-rem* are merchandise which has knowingly been brought into the United States contrary to law; (iii) Title 18, United Stated Code, Section 981(a)(1)(C) because there is probable cause to believe that the Defendants-*in-rem* are property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United Stated Code, Sections 542, 545, and 2314; and (iv) Title 18, United States Code, Section 981(a)(1)(A) as property involved in a money laundering transaction or an attempted money

2

meeting to a violation of Title 18, United States Code, Section 1957, or as property traceable to such property;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on June 30, 2023, through July 29, 2023, and proof of such publication was filed with the Clerk of this Court on September 5, 2023 (D.E. 7);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about June 29, 2023, the Government sent direct notice of the Verified Complaint by electronic mail to Nicoleta Timofti, Esq., counsel for Julia Copleston (the "Noticed Party");

WHEREAS, the Noticed Party is the only individual and/or entity known to the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* and the same hereby are, forfeited to the plaintiff United States of America.

2. The United States Customs and Border Protection (or its designee) shall dispose of the Defendants-*in-rem* according to law.

Dated: New York, New York
　　　___9/8/_____, 2023

SO ORDERED:

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

4